# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SHARONE FUQUAN GOODWIN,** )<br>)<br>**Plaintiff** )<br>)<br>vs. )<br>)<br>**ANTHONY MOSTELLA, et al.,** )<br>)<br>**Defendants** ) | Case No. 4:05-cv-01750-RDP-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 19, 2005, recommending that all claims against Defendants Hooks, Garrett, Carter, and Nurse Jane Doe be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). The magistrate judge further recommended that Plaintiff's Eighth Amendment claims against Defendants Mostella and Howard be referred to the magistrate judge for further proceedings. Plaintiff filed objections to the report and recommendation on January 4, 2006. (Doc. #19).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly,  all claims

against Defendants Hooks, Garrett, Carter, and Nurse Jane Doe are due to be dismissed pursuant to 28 U.S.C. § 1915A(b), and Plaintiff's Eighth Amendment claims against Defendants Mostella and Howard are due to be referred to the magistrate judge for further proceedings.

An appropriate order will be entered.

**DONE** and **ORDERED** this \_\_\_\_1st\_\_\_\_ day of March, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE